IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FATIMA CEDENO-CORTEZ, AARON DANIEL RAMIREZ-CORTES,<br><br>*Petitioners,*<br><br>vs.<br><br>MARKWAYNE MULLIN, *in his official Capacity as Secretary of the Department of Homeland Security*, et al.,<br><br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-26-CV-05053-JKP-KGS |

**ORDER**

Before the Court is the above-styled cause of action, which the District Court referred to the undersigned for disposition of all pretrial matters pursuant to Western District of Texas Local Rule CV-72 and Appendix C. ECF No. 2. On September 23, 2026, Petitioners filed Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 8. Accordingly, the undersigned has considered and acted upon all matters referred by the District Court.

The Court therefore **ORDERS** that the above-styled case is returned to the District Court for all purposes.

**It is so ORDERED.**

SIGNED this 24th day of September, 2026.

**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**